A89A0811. GRESHAM v. ATLANTA GAS LIGHT COMPANY.
(397 SE2d 632)

POPE, Judge.

In *Atlanta Gas Light Co. v. Gresham*, 260 Ga. 391 (394 SE2d 345) (1990), the Supreme Court reversed the judgment of this court in *Gresham v. Atlanta Gas Light Co.*, 193 Ga. App. 841 (389 SE2d 502) (1989). Accordingly, our judgment in this case is vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Banke, P. J., and Sognier, J., concur.*

DECIDED SEPTEMBER 11, 1990.

*Chesnut & Livingston, Tom Pye*, for appellant.

*Fain, Major & Wiley, Charles A. Wiley, Jr., Robert M. Nesselroth, Paula M. Rafferty, Long, Aldridge & Norman, James J. Thomas II, John L. Watkins*, for appellee.